IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA MARCHESCHI,                      No. C 05-1174 SBA

       Plaintiff,                             **ORDER**

  v.

CELEBRITY CRUISES, INC.,

       Defendant.
_____/

This matter comes before the Court on Plaintiff's request for dismissal of the action with prejudice. The Court has been informed that Defendant does not object to this request.

Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's request for dismissal is GRANTED, and the action is DISMISSED WITH PREJUDICE. The Clerk of the Court shall close the file and terminate all pending matters.

IT IS SO ORDERED.

Dated: 7/25/05                                       SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge